# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2022-0434, <u>In the Matter of Jason Young and Megan Henderson</u>, the court on April 7, 2023, issued the following order:**

The motion filed by the petitioner, Jason Young (Father), to add contempt charges as an issue to this appeal is denied without prejudice to seeking relief in the trial court for the alleged contempt of the respondent, Megan Henderson (Mother). Father's motion to amend his brief and appendices is granted.

The court has reviewed the written arguments and the record submitted on appeal, and has determined to resolve the case by way of this order. <u>See</u> <u>Sup. Ct. R.</u> 20(2). Father appeals the child support order issued by the Circuit Court (<u>Greenhalgh</u>, J.) in this parenting case. We affirm.

The trial court has broad discretion in ordering child support. <u>In the Matter of Braunstein & Braunstein</u>, 173 N.H. 38, 46 (2020). We will not overturn the trial court's rulings on such matters absent an unsustainable exercise of discretion. <u>Id</u>. at 47. This standard of review means that we review only whether the record establishes an objective basis sufficient to sustain the discretionary judgment made, and we will not disturb the trial court's determination if it could reasonably have been made. <u>Id</u>. We will not substitute our judgment for that of the trial court or reweigh equities. <u>Id</u>. We also defer to the trial court's judgment in matters of conflicting testimony, evaluating witness credibility, and deciding the weight to be accorded evidence. <u>Id</u>.

On appeal, Father argues that the trial court erred by ordering a downward deviation from the child support guidelines based upon Mother's "extraordinarily low income." We uphold the trial court's determination that a downward deviation from the child support guidelines was warranted because there is record support for the determination and it is not contrary to law. <u>See id</u>. Based upon our review of the written arguments, the relevant law, the record on appeal, and the trial court's decision, we find Father's arguments to the contrary unpersuasive, and we affirm the trial court's decision.

<u>Affirmed</u>.

MacDonald, C.J., and Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Timothy A. Gudas,
Clerk**